IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MAXWELL BRUNKEN, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:25-cv-00956-O-BP |
| § | |
| TURO INC., § | |
| § | |
| Defendant. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The Chief United States District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned Chief District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b).

**SO ORDERED** on this **2nd day** of **January, 2026**.

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**